UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JUSTIN THOMAS,

        Plaintiff,

v.

        Case No. 1:23-cv-1242

        Honorable Jane M. Beckering

JOHN DAVIS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   January 11, 2024             /s/ Jane M. Beckering
                                                          Jane M. Beckering
                                                          United States District Judge